DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT LEE HALL, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-888

[June 7, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case Nos. 432013CF000875A, 432013CF000951A and 432013CF000953A.

Robert Lee Hall, III, Jasper, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***